**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Aniceto VEGA–BEJAR, Jr.,
Defendant—Appellant.**

No. 04–30125.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Jack B. Haycock, Esq., USPO—Office of The U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Steven V. Richert, Federal Defenders of Eastern Washington and Idaho, Pocatello, ID, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Defendant Aniceto Vega–Bejar, Jr., appeals his sentence following his guilty plea conviction for illegal re-entry in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1078 (9th Cir.2005) (en banc). *See United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 755–56, 160 L.Ed.2d 621 (2005).

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.